COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 January 8, 2015
 No. 10-14-00373-CR
 IN RE JUSTIN L. VENEGAS
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Application for Writ of Mandamus and/or Prohibition filed by Justin L. Venegas has been considered by the Court. Because the Court has no jurisdiction of this proceeding, the Court has determined that the Application for Writ of Mandamus and/or Prohibition should be, and hereby is, dismissed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk